

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00607-CV

**TOLL BROTHERS, INC.**,
Appellant

v.

**BUILDERS FIRST SOURCE-SOUTH TEXAS, L.P.**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-13962
Honorable Larry Noll, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss this appeal is GRANTED and the appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

SIGNED January 4, 2017.

_____
Karen Angelini, Justice